HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR16-228TSZ |
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING<br>) UNOPPOSED SECOND MOTION TO<br>) CONTINUE PRETRIAL MOTIONS |
| JOSEPH GRUBBS, | ) DEADLINE |
| Defendant. | ) |

THE COURT has considered Joseph Grubbs's unopposed second motion to extend the pretrial motions deadline, docket no. 49, and all the records in this case. For reasons set forth in the motion,

IT IS NOW ORDERED that the due date for pretrial motions is continued from May 15, 2017, to May 22, 2017.

DATED this 12th day of May, 2017.

Thomas S. Zilly
United States District Judge

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Joseph Grubbs

ORDER TO CONTINUE PRETRIAL
MOTIONS DEADLINE
(*Joseph Grubbs*, CR16-228-TSZ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**