1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

8

9

10

UNITED STATES OF AMERICA,

               Plaintiff,

   v.

JOSEPH VERNON GRUBBS,

               Defendant.

CR16-228 TSZ

MINUTE ORDER

11

12

     The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

13

14

15

16

17

     (1)    Defendant/Appellant Joseph Grubbs' Motion for Acquisition of Sealed
Materials by Appellate Counsel, docket no. 78, is GRANTED in part and DENIED in
part.  Docket nos. 1, 6–7, 21, 47–48, 52, 62–63, 65, and 68 shall be unsealed for the
limited purpose of providing them to Mr. Grubbs' counsel of record, Jay A. Nelson, on
an attorney's eyes only basis and solely in connection with his representation of
Mr. Grubbs on appeal in the United States Court of Appeal for the Ninth Circuit, case
no. 17-30199.  These materials shall remain sealed for all other purposes, including from
the public, and any submission of these materials to the Court of Appeals shall be made
under seal absent further Court order.  Mr. Grubbs' request to unseal the signature page
of the Grand Jury's indictment, docket no. 11, is DENIED.

18

19

     (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

20

     Dated this 26th day of January, 2018.

21

William M. McCool
Clerk

22

s/Karen Dews
Deputy Clerk

23

MINUTE ORDER - 1