UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JOSEPH VERNON GRUBBS,<br><br>                    Defendant. | CR16-228 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Defendant's unopposed motion, docket no. 91, for leave to file an overlength motion for compassionate release is GRANTED.

(2)   Defendant's motion, docket no. 93, to seal is GRANTED, and Exhibit A to defendant's motion for compassionate release, docket no. 94, shall remain under seal.

(3)   The Government's unopposed motion, docket no. 95, for leave to file an overlength response to defendant's motion for compassionate release is GRANTED.

(4)   The Government's motion, docket no. 97, to seal is GRANTED, and Exhibits F and G to the Government's response, docket no. 98, shall remain under seal.

(5)   Defendant's unopposed motion, docket no. 99, for leave to file an overlength reply in support of his motion for compassionate release is GRANTED.

(6)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of June, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1